UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
PLAKA SHIPPING COMPANY LTD.　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　Docket no.: 07 cv 7226
　　　-against-　　　　　　　　　　　　　　　:　　ECF Case
　　　　　　　　　　　　　　　　　　　　　:
MIDDLE EAST MARINE AND　　　　　　　　:
CHARTERING INC. a/k/a MIDDLE EAST　:
MARINE & CHARTERING INC. and　　　　:
DAO MIDDLE EAST GEN TRADING　　　　:
AND CONTR CO. a/k/a DAO MIDDLE　　　:
EAST CO GEN TRAD & CONTRACTING　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　　　　　:
-----------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance or answer from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
　　　　March 7, 2008

By: _____
Claurisse Campanale-Orozco (CC3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 – fax
corozco@tisdale-law.com