UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PLAKA SHIPPING COMPANY LTD.

    Plaintiff,

-against-

MIDDLE EAST MARINE AND
CHARTERING INC. a/k/a MIDDLE EAST
MARINE & CHARTERING INC. and
DAO MIDDLE EAST GEN TRADING
AND CONTR CO. a/k/a DAO MIDDLE
EAST CO GEN TRAD & CONTRACTING

    Defendants.
------------------------------------------------------X

Docket no.: 07 cv 7226 (JSR)
ECF Case

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance or answer from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
      March 7, 2008

By: _____
Claurisse Campanale-Orozco (CC3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 – fax
corozco@tisdale-law.com

SO ORDERED
_____
JSDJ
3-10-08